Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-468-360**
**Effective Date of Registration:**
July 21, 2025
**Registration Decision Date:**
November 26, 2025

## Title

**Title of Work:** Always Right

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** July 17, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Dylan Klymenko
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Dylan Klymenko
17 Midhurst Road, Short Hills, NJ, 07078, United States

## Rights and Permissions

**Name:** Dylan Klymenko
**Email:** dylan@upsidedowngrin.com
**Address:** 17 Midhurst Road
Short Hills, NJ 07078 United Kingdom

## Certification

**Name:** David Denholm
**Date:** July 21, 2025
**Applicant's Tracking Number:** DK2025072101



i'm always right